UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER ROBINSON,<br><br>                Plaintiff,<br><br>    v.<br><br>FRANCISCO PADILLA,<br><br>                Defendant[1] | 2:07-CV-1072-GEB-KJM<br><br>AMENDED ORDER[*] |

       Plaintiff states in his Status Report filed September 13, 2007, "that he be instructed by the Court . . . to file his Application for a Default Judgment against Defendant Francisco Padilla within 60 days of Entry of Default."  Accordingly, Plaintiff shall notice a motion for default judgment against Francisco Padilla within 60 days of the Clerk's September 18, 2007 Entry of Default.  If Plaintiff fails to do so, this action may be dismissed for failure to prosecute.

       Additionally, a Status Conference is scheduled to commence

---

[*]    This order amends and supercedes the order filed October 2, 2007.

[1]    The caption has been amended to reflect Plaintiff's September 30, 2007 Notice of Voluntary Dismissal of Defendant Maria Padilla.

1  at 9:00 a.m. on January 22, 2008.  Plaintiff shall file a Status
2  Report no later than fourteen days prior to the Status Conference, in
3  which he explains only the status of the default matter.
4          No further joinder of parties or amendments to pleadings is
5  permitted except with leave of Court, good cause having been shown.
6          IT IS SO ORDERED.
7  Dated:  October 8, 2007

9  _____
   GARLAND E. BURRELL, JR.
10 United States District Judge