1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RODGER ROBINSON,

11          Plaintiff,                    No. CIV S-07-1072 GEB KJM

12      vs.

13   FRANCISCO PADILLA, et al.,

14          Defendants.            <u>FINDINGS AND RECOMMENDATIONS</u>

15   _____/

16          Plaintiff's motion for default judgment was submitted on the papers.  Upon

17   review of the documents in support, no opposition having been filed, and good cause appearing

18   therefor, THE COURT FINDS AS FOLLOWS:

19          The complaint in this matter was served upon defendant Francisco Padilla and

20   proof of service was filed September 13, 2007.  Cf. <u>Pacific Atlantic Trading Co. v. M/V Main</u>

21   <u>Express</u>, 758 F.2d 1325, 1331 (9th Cir. 1985) (noting that default judgment void without

22   personal jurisdiction).  The Clerk of the Court entered defaults against defendant Francisco

23   Padilla on September 18, 2007.  Plaintiff's present motion for entry of default judgment was

24   served by mail on defendant at defendant's business address.

25   /////

26   /////

1

1          Entry of default effects an admission of all well-pleaded allegations of the

2  complaint by the defaulted party.  <u>Geddes v. United Financial Group</u>, 559 F.2d 557, 560 (9th Cir.

3  1977).  Entry of default judgment is proper where, as in the present case, the facts established by

4  the default support the causes of action pled in the complaint.  The complaint and the affidavits

5  filed in support of the motion for entry of default judgment also support the finding that plaintiff

6  is entitled to the relief requested in the prayer for default judgment, which does not differ in kind

7  from the relief requested in the complaint.  <u>Henry v. Sneiders</u>, 490 F.2d 315, 317 & n.2 (9th Cir.

8  1974).  There are no policy considerations to preclude the entry of default judgment of the type

9  requested.  <u>See</u> <u>Eitel v. McCool</u>, 782 F.2d 1470, 1471-72 (9th Cir. 1986) (enumerating factors to

10  be considered).

11          Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's motion for entry

12  of default judgment be GRANTED, and that:

13          1.  Judgment be awarded against defendant Francisco Padilla for damages in the

14  amount of $4,000 and reasonable attorney's fees and costs incurred in this action pursuant to

15  plaintiff's motion.

16          2.  Injunctive relief be granted requiring that within 90 days of service of a copy

17  of the Judgment upon defendant Francisco Padilla, he shall modify the men's restroom at Suzy's

18  Restaurant, located at 550 S. Cherokee Lane, Lodi, California, so that it has a toilet in

19  conformity with the Americans with Disabilities Act Accessibility Guidelines (ADAAG) as set

20  forth in 28 Code of Federal Regulations, Part 36; and

21          3.  The proposed judgment filed December 5, 2007 (docket no. 31), approved as

22  to form and substance, be signed and filed.

23          These findings and recommendations are submitted to the District Judge assigned

24  to this matter, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days after being

25  served with these findings and recommendations, any party may file written objections with the

26  court and serve a copy on all parties.  Such a document should be captioned "Objections to

1   Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served

2   and filed within ten days after service of the objections.  The parties are advised that failure to

3   file objections within the specified time may waive the right to appeal the District Court's order.

4   <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

5   DATED:  December 19, 2007.

6

7   006
    robinson.def

8

    U.S. MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26