IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODGER ROBINSON,

    Plaintiff,               2:07-cv-1072-GEB-KJM

    vs.

FRANCISCO PADILLA, et al.,

    Defendants.          <u>DEFAULT JUDGMENT</u>

        Plaintiff's motion for entry of default judgment was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On December 19, 2007, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed December 19, 2007, are adopted in full;[1]

2. Default Judgment is entered for Plaintiff and against Defendant Francisco Padilla for damages in the amount of $4,000, and Plaintiff is entitled to reasonable attorney's fees and costs incurred in this action;

3. Injunctive relief is granted. Therefore, within 90 days of service of a copy of this Default Judgment upon defendant Francisco Padilla, Francisco Padilla shall modify the men's restroom at Suzy's Restaurant, located at 120 West Harding Way, Stockton, California, so that it has a toilet in conformity with the Americans with Disabilities Act Accessibility Guidelines as set forth in 28 Code of Federal Regulations, Part 36.

Dated: January 8, 2008

GARLAND E. BURRELL, JR.
United States District Judge

---

[1] Paragraph 2 of the findings and recommendations filed December 19, 2007 includes an incorrect address for the restaurant at issue. The first amended complaint filed December 3, 2007 and the proposed judgment filed December 5, 2007 (which the findings and recommendations state should be signed and filed) list the address for the restaurant as 120 West Harding Way, Stockton, California.